USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA CORDERO BARREIRO, *individually and as administratrix of the Estate of Nathaly Cordero Barreiro*,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.

1:19-cv-10676 (MKV)

ORDER

        The Court is in receipt of the Proposed Case Management Plan and Scheduling Order that the parties filed today, April 8, 2020. [ECF #17] In that submission, the parties represent that all parties consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, 28 U.S.C. § 636(c). Any appeal from a Magistrate Judge's decision following consent is directly to the United States Court of Appeals for the Second Circuit in the same way that an appeal from a District Judge's decision would be taken.

        Both parties must consent for the Magistrate Judge to decide the case. To assist the Court in determining whether the parties wish to voluntarily consent to proceeding before Judge Wang, Defendant shall, by April 16, 2020, send Plaintiff's counsel a copy of the attached consent form bearing either (1) a signature indicating its consent to proceeding before the Magistrate Judge, or (2) a notation that Defendant does not consent.

        By April 27, 2020, Plaintiff's counsel shall submit a letter via ECF informing the Court whether all parties have consented to proceeding before the Magistrate Judge. If any party has not consented, the letter shall not state which of the parties have not consented – only that there has not been consent by all parties. If both parties have consented, counsel shall file on ECF the signed consent form.

This Order is not intended to interfere with the parties' right to have final disposition of this case by a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

It is further ordered that the Initial Pretrial Conference scheduled to take place on April 16, 2020 is adjourned *sine die*.

**SO ORDERED:**

**DATED: April 8, 2020**
**New York, New York**

**Mary Kay Vyskocil**
**United States District Judge**

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| _____<br>*Plaintiff*<br>v.<br>_____<br>*Defendant* | )<br>)<br>) Civil Action No.<br>)<br>) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                           _____
                                                                                              *District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print     Save As...     Reset