**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
ANA CORDERO BARREIRO, :
:
                  Plaintiff, :      19-cv-10676 (OTW)
:
     -against- :      **ORDER**
:
UNITED STATES OF AMERICA, :
:
              Defendants. :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Post-Fact Discovery Conference scheduled for March 18, 2021 has been rescheduled to **March 16, 2021 at 10:30 a.m.** and joint status letter remains due on March 11, 2021. The dial in information is (866) 390-1828, access code 1582687.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: January 26, 2021                                      **Ona T. Wang**
       New York, New York                      United States Magistrate Judge