

THE PAGAN LAW FIRM, P.C.

November 8, 2021

**By ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: *Ana Cordero Barreiro v. United States of America*, 19 Civ. 10676 (OTW)

Dear Judge Cave:

    This Office represents plaintiff in the above-referenced action in which plaintiff advances medical-malpractice claims pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346 ("FTCA"). The parties are scheduled to appear for a settlement conference before Your Honor on November 15. (ECF 53.).

    This is further to my correspondence of Friday November 5, 2021 which sought an adjournment of the settlement conference. I respectfully apologize for not providing alternative dates for the adjourned conference.

    To that end, I propose November 19, November 22 or November 23 as alternative dates. I have informed defense counsel of these dates and await their response.

    I thank the Court for its consideration of this request.

Respectfully submitted
THE PAGAN LAW FIRM, P.C.

William Pagan

---

Plaintiff's requests at ECF Nos. 56 and 57 are GRANTED IN PART and DENIED IN PART as follows. Plaintiff's request to adjourn the settlement conference scheduled for November 15, 2021 is DENIED. Plaintiff's request for permission to have Tania Pagan, Esq., appear on her behalf at the settlement conference is GRANTED. Ms. Pagan is expected to be fully informed about the case and prepared with authority to act on Plaintiff's behalf.

The Clerk of Court is respectfully directed to close ECF No. 56 and 57.

SO ORDERED    11/9/2021

SARAH L. CAVE
United States Magistrate Judge